*428-15*

# ELECTRONIC RECORD

COA # 05-14-00648-CR          OFFENSE: 22.021

STYLE: Osvaldo Leija-Balderas v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:     MODIFY          TRIAL COURT: 363rd Judicial District Court

DATE: 03/27/2015          Publish: NO    TC CASE #:    F-1332837-W

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Osvaldo Leija-Balderas v. The State of Texas          CCA #:    *428-15*

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:    _____

_____REFUSED_____          JUDGE:    _____

DATE: 08/26/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD